# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                    Bankruptcy Case No.

                    Debtor

                                          Adv. Proceeding No.

                    Plaintiff


                    Defendant

Page 1

## **INSTRUCTIONS FOR EVIDENCE TO BE INTRODUCED AT TRIAL**

EXHIBITS TO BE PRESENTED IN THE FOLLOWING FORMAT:

    1] Three ring binders with indexes and tabs
        **Attached is a suggested format for the index

    2] Plaintiff's exhibits numbered 1 - (end)

    3] Defendant's exhibits lettered A - Z

    4] All to supply copies of binders for:
        a) opposing counsel
        b) witness
        c) Judge

The exhibit index and numbering presented at trial should be the same as listed in your pre-trial order. If you have any questions please call Nancy Griffith at (509) 454-5633 ext 213. Thank you for your cooperation.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | **Exhibits:** | | **Case Name:** | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | **Attorney:** | | **Case Number:** | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | **Hearing Date:** | | | | |
| 8 | **Type Of Hearing:** | MARKED | OFFERED | ADMITTED | WITHDRAWN | REFUSED | DATE | TIME |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | ☐ Plaintiff | | | | | | | |
| 12 | ☐ Defendant | | | | | | | |
| 13 | ☐ Debtor | | | | | | | |
| 14 | ☐ Creditor: _____ | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |